UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ (A-208-165-222),<br><br>       Petitioner,<br><br>   v.<br><br>WARDEN, GOLDEN STATE ANNEX, et al.,<br><br>       Respondents. | No.  1:26-cv-2998 DAD CSK<br><br>ORDER |

Petitioner, an immigration detainee proceeding without counsel, filed a request for appointment of counsel and request to proceed in forma pauperis.  Examination of the affidavit reveals petitioner is unable to afford the costs of this action.  Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On April 29, 2026, the district court denied petitioner's motion for temporary restraining order and referred the habeas petition to the Magistrate Judge.  (ECF No. 11.)  On April 26, 2026, respondents filed an opposition to the motion for temporary restraining order and an answer to the habeas petition.  (ECF No. 10.)  Petitioner is granted ten days to file a traverse or reply to the answer.

1

This Court will defer ruling on petitioner's request for appointment of counsel until after reviewing respondents' response to the petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The request of petitioner Juan Antonio Martinez (A-208-165-222), to proceed in forma pauperis (ECF No. 2) is granted.

2. Petitioner's reply/traverse to the answer, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  May 4, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/mart2998.100.2241.imm

2