UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN ANTONIO MARTINEZ,

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-02998-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 13)

Petitioner Sawan Kumar is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed. (Doc. No. 13.) Specifically, the magistrate judge found that petitioner is presently subject to mandatory detention pursuant to 8 U.S.C. § 1226(c) and must exhaust his administrative remedies by requesting a *Matter of Joseph* hearing before an immigration judge prior to filing a petition for writ of habeas corpus with this court. (*Id.* at 2–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) On June 8, 2026, petitioner filed his objections to the pending findings and recommendations. (Doc. No. 14.)

Petitioner's objections do not engage with the assigned magistrate judge's analysis and instead appear to be in the form of a new petition for writ of habeas corpus. (*Id.* at 2–17.) The objections contain several digressions in which petitioner recounts the recent history of how the Department of Homeland Security has been pursuing immigration detention in the past several months, but does not explain how this history would provide a basis upon which to reject the pending findings and recommendations. (*Id.* at 9–10.) Indeed, petitioner's argument appears to be premised on the incorrect assertion that he is subject to 8 U.S.C. § 1226(a) instead of § 1226(c). (*Id.* at 5–6.) Accordingly, these objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on May 19, 2026 (Doc. No. 13) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DENIED without prejudice to refiling following exhaustion;
3. The Clerk of the Court is directed to enter judgment in favor of respondent and close this case.

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE