UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO MARTINEZ,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | No. 1:26-cv-02998-DAD-CSK<br><br><u>ORDER RELATING AND REASSIGNING CASE</u> |
| JUAN ANTONIO MARTINEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-07079-KES-EGC<br>**New Case No. 1:26-cv-07079-DAD-CSK** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely save judicial

effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 1:26-cv-07079-KES-EGC is reassigned to the undersigned and Magistrate Judge Chi Soo Kim. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-07079-DAD-CSK. It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Finally, in the interest of judicial economy, the court hereby retains this matter and REVOKES the prior referral (Doc. No. 5) of the petition for writ of habeas corpus and motion for preliminary injunction to the assigned magistrate judge pursuant to Local Rule 302(d). Respondent in the action now titled 1:26-cv-07079-DAD-CSK is directed to file supplemental briefing addressing the applicability of *Betancourt Ulloa v. Warden, Cal. City Corr. Ctr.*, No. 1:26-cv-03360-DAD-CKD, 2026 WL 2389805 (E.D. Cal. Aug. 17, 2026) by Friday, September 11, 2026 at 5 p.m.

IT IS SO ORDERED.

Dated: **September 9, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE